| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>The Money Source Inc. | Order Filed on June 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:    18-26345 JNP<br>Chapter: 13 |
| In Re:<br>Richard Borman<br>aka Richard M. Borman              Debtor<br><br>Angelique Borman                          Co-Debtor | Hearing Date:  6/16/2020<br>Judge:  Jerrold N. Poslusny Jr. |

# ORDER VACATING STAY
# AND CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

DATED: June 16, 2020

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>The Money Source Inc.</u>, under Bankruptcy Code Sections 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■ Real Property More Fully Described as:

**Land and premises commonly known as, 357 Bergen Avenue, Bellmawr NJ 08031**
(see legal description included in the exhibits to the motion)

☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor Stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Borman  
    Debtor

Case No. 18-26345-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1             Date Rcvd: Jun 16, 2020  
                        Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.
db             +Richard Borman,    357 Bergen Avenue,    Bellmawr, NJ 08031-1635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    1st Alliance Lending, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
      Denise E. Carlon    on behalf of Creditor    The Money Source Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Eamonn O'Hagan    on behalf of Creditor    United States of America (HUD) eamonn.ohagan@usdoj.gov  
      Francis T. Tarlecki    on behalf of Creditor    1st Alliance Lending, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
      Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Joseph J. Rogers    on behalf of Debtor Richard  Borman jjresq@comcast.net, jjrogers0507@gmail.com  
      Melissa S DiCerbo    on behalf of Creditor    1st Alliance Lending, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
      Thomas R. Dominczyk    on behalf of Creditor    Flagship Credit Acceptance tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                 TOTAL: 10