Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                           Case No.: 18−26345−JNP
                           Chapter: 13
                           Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Borman
   aka Richard M. Borman
   357 Bergen Avenue
   Bellmawr, NJ 08031

Social Security No.:
   xxx−xx−6131

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/19/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 19, 2020
JAN: kvr

                                                                           Jeanne Naughton
                                                                          Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                              Case No. 18-26345-JNP
Richard Borman                                                      Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 3                  Date Rcvd: Jun 19, 2020
                               Form ID: 148                Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db             +Richard Borman,    357 Bergen Avenue,    Bellmawr, NJ 08031-1635
cr             +United States of America (HUD),    U.S. Attorney's Office,    970 Broad Street,   Suite 700,
                 Newark, NJ 07102-2534
517832160      +1st Alliance Lending, LLC,    LoanCare, LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
517702465      +1st Alliance Lending, LLC,    111 Founders Plaza #1300,    East Hartford, CT 06108-8315
517702470      +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
517702466      +Advocare Cornerstone Pediatrics,    318 N Haddon Ave,    Haddonfield, NJ 08033-1702
517702467      +Advocare Cornerstone Peds,    PO Box 3001,    Voorhees, NJ 08043-0598
517702468      +Albano Viola LLC,    735 N Black Horse Pike,    Runnemede, NJ 08078-1363
517702469      +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                 Lancaster, PA 17601-4890
517702471      +Associated Credit Services, Inc.,    PO Box 5171,    115 Flanders road Suite 140,
                 Westborough, MA 01581-1087
517702472      +Booth Radiology,    748 Kings Highway,    Woodbury, NJ 08096-3190
517702473      +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
517810796      +Cardiovascular Assoc of Delaware Valley,    Apex Asset Management, LLC,    PO Box 5407,
                 Lancaster, PA 17606-5407
517702475      +Cardiovascular Assoc. Of Delaware Valley,    120 White Horse Pike Ste 112,
                 Haddon Heights, NJ 08035-1994
517702479      +Continental Finance Co/ Celtic Bank,    Po Box 8099,    Newark, DE 19714-8099
517702480      +Credence Resource Management,    Po Box 2390,    Southgate, MI 48195-4390
517702482      +Delaware Department of Transportation,    P.O. Box 778,    Dover, DE 19903-0778
517702488      +Gardner Funeral Home,    126 S Black Horse Pike,    Runnemede, NJ 08078-1997
517702491      +KC Distance Learning,    650 NE Holladay, Suite 1400,    Portland, OR 97232-2096
517702493      +LoanCare LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
517702494      +McCabe, Weisberg & Conway PC,    216 Haddon Avenue, Suite 303,    Westmont, NJ 08108-2811
517702495     #+MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    Po Box 400,    Dixon, MO 65459-0400
517804413      +NCB Management Services, Inc.,    One Allied Drive,    Trevose, PA 19053-6945
517702498      +NJ E-Z Pass Violation Processing Center,    PO Box 52005,    Newark, NJ 07101-8205
517702496       Nestle/Deer Park/Poland Spring,    PO Box 856192,    Louisville, KY 40285-6192
517702497       New Jersey E-Z Pass Violation Processing,    PO Box 52005,    Newark, NJ 07101-8205
517702499      +Novacare Rehab,    4716 Gettysburg Road,    Mechanicsburg, PA 17055-4325
517702500      +Oasis 1 Marketing,    PO Box 959,    Wood Dale, IL 60191-0959
517704610      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517702505      +PAM, LLC-New Jersey E-ZPass,    P.O. Box 1642,    Milwaukee, WI 53201-1642
517702505       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517702504       Professional Account Management, LLC,    PO Box 3032,    Milwaukee, WI 53201-3032
517702510      +Surge,    PO Box 31292,    Tampa, FL 33631-3292
517702511      +Tempoe LLC,    1750 Elm St #1200,    Manchester, NH 03104-2919
518395177      +The Money Source Inc.,    500 S Broad St. Suite 100A,    Meriden, Connecticut 06450-6755
518395178      +The Money Source Inc.,    500 S Broad St. Suite 100A,    Meriden, Connecticut 06450,
                 The Money Source Inc.,    500 S Broad St. Suite 100A,    Meriden, Connecticut 06450-6755
518780517      +The Money Source Inc..,    Denise Carlon, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517702512      +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2020 02:20:12     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2020 02:20:09     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517789943      +EDI: ATLASACQU.COM Jun 20 2020 05:18:00     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
517702474      +EDI: CAPITALONE.COM Jun 20 2020 05:18:00     Capital One,    Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
517744132       EDI: CAPITALONE.COM Jun 20 2020 05:18:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517702476      +E-mail/Text: bankruptcy@philapark.org Jun 20 2020 02:21:22
                 City Of Philadelphia Parking Violations,    PO Box 41819,    Philadelphia, PA 19101-1819
517702477       EDI: COMCASTCBLCENT Jun 20 2020 05:18:00     Comcast Cable,    PO Box 840,
                 Newark, NJ 07101-0840
517702478      +E-mail/Text: bankruptcy@consumerportfolio.com Jun 20 2020 02:20:33     Consumer Portfolio Svc,
                 Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
517702481      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 20 2020 02:17:03     Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
517702483       EDI: DIRECTV.COM Jun 20 2020 05:18:00     Direct TV,    PO Box 11732,   Newark, NJ 07101-4732
517813658      +EDI: AIS.COM Jun 20 2020 05:18:00     Directv, LLC,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517702484      +EDI: AMINFOFP.COM Jun 20 2020 05:18:00     First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
517702486      +EDI: FSAE.COM Jun 20 2020 05:18:00     Firstsource Advantage,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
```

```
District/off: 0312-1          User: admin                 Page 2 of 3                  Date Rcvd: Jun 19, 2020
                              Form ID: 148                Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517809024      +E-mail/Text: bankruptcy@flagshipcredit.com Jun 20 2020 02:20:34      Flagship Credit Acceptance,
                 P.O. Box 3807,    Coppell, TX 75019-5877
517702487      +E-mail/Text: bankruptcy@flagshipcredit.com Jun 20 2020 02:20:34      Flagship Credit Acceptance,
                 Po Box 965,    Chadds Ford, PA 19317-0643
517702489      +E-mail/Text: collections@greentrustcash.com Jun 20 2020 02:21:11      Green Trust Cash,
                 PO Box 340,    Hays, MT 59527-0340
517702490      +EDI: IIC9.COM Jun 20 2020 05:13:00      I C System Inc,    444 Highway 96 East,    P.O. Box 64378,
                 St. Paul, MN 55164-0378
517831053       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 02:17:14      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
517777099       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 02:18:01
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517702492      +E-mail/Text: bankruptcy@ldf-holdings.com Jun 20 2020 02:21:19      Lendgreen,    PO Box 221,
                 Lac Du Flambeau, WI 54538-0221
517743023      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 02:16:29      Lvnv Funding LLC,
                 Po Box 740281,    Houston, TX 77274-0281
517743024      +E-mail/PDF: bankruptcy@ncfsi.com Jun 20 2020 02:17:54      New Century Financial Services,
                 110 South Jefferson Road, Suite 104,    Whippany, NJ 07981-1038
517831725       EDI: PRA.COM Jun 20 2020 05:18:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (Usa), N.a.,    POB 41067,    Norfolk VA 23541
518203696       EDI: PRA.COM Jun 20 2020 05:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
518203697       EDI: PRA.COM Jun 20 2020 05:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517872375      +E-mail/Text: bankruptcy@pseg.com Jun 20 2020 02:18:46      PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,    Cranford NJ 07016-0490
517702502       E-mail/Text: bankruptcypgl@plaingreenloans.com Jun 20 2020 02:20:55      Plain Green LLC,
                 93 Mack Road, Suite 600,    Box Elder, MT 59521
517702503      +E-mail/Text: bankruptcypgl@plaingreenloans.com Jun 20 2020 02:20:55      Plain Green Loans,
                 93 Mack Road, Suite 600,    Po Box 270,    Box Elder, MT 59521-0270
517767668      +EDI: JEFFERSONCAP.COM Jun 20 2020 05:18:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517702507       EDI: RMCB.COM Jun 20 2020 05:18:00      RMCB,    PO Box 1235,    Elmsford, NY 10523-0935
517702506      +EDI: RMCB.COM Jun 20 2020 05:18:00      Retrieval Masters Credit Bureau Inc.,
                 4 Westchester Plaza Suite 110,    Elmsford, NY 10523-1615
517702509      +EDI: SWCR.COM Jun 20 2020 05:18:00      Southwest Credit Systems,    4120 International Parkway,
                 Suite 1100,    Carrollton, TX 75007-1958
517739124      +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Jun 20 2020 02:16:55
                 US Department of Housing and Urban Development,     451 7th Street SW,
                 Washington, DC 20410-0002
517702513       EDI: VERIZONCOMB.COM Jun 20 2020 05:18:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
517702514      +EDI: BLUESTEM Jun 20 2020 05:13:00      Webbank/Fingerhut,    Attn: Bankruptcy,    Po Box 1250,
                 Saint Cloud, MN 56395-1250
                                                                                                TOTAL: 35

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517818700*     +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
517702485*     +First Premier Bank,    Attn: Bankruptcy,   Po Box 5524,    Sioux Falls, SD 57117-5524
518602479*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                 Norfolk, VA 23541)
518602480*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541)
517702508     ##+Security Check,    Attn: Bankruptcy Dept,   2612 Jackson Ave W,    Oxford, MS 38655-5405
                                                                                  TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1          User: admin             Page 3 of 3             Date Rcvd: Jun 19, 2020
                              Form ID: 148            Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
              Alexandra T. Garcia     on behalf of Creditor    1st Alliance Lending, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon     on behalf of Creditor    The Money Source Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan     on behalf of Creditor    United States of America (HUD) eamonn.ohagan@usdoj.gov
              Francis T. Tarlecki     on behalf of Creditor    1st Alliance Lending, LLC Njecfmail@mwc-law.com,
               ftarlecki.kashlaw@gmail.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph J. Rogers     on behalf of Debtor Richard  Borman jjresq@comcast.net, jjrogers0507@gmail.com
              Melissa S DiCerbo     on behalf of Creditor    1st Alliance Lending, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Thomas R. Dominczyk     on behalf of Creditor    Flagship Credit Acceptance
               tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```